[No. 19761.   Department Two.   August 12, 1926.]

THE STATE OF WASHINGTON *on the relation of the City of Seattle*, *Appellant*, v. WILLIAM SHIELDS, *Respondent*.[2]

Appeal from a judgment of the superior court for King county, Ronald, J., entered September 2, 1925, upon findings in favor of the defendant, in an action to recover a portion of the interest paid to a county on delinquent personal taxes. Affirmed.

*The Attorney General* and *Donald R. Fraser*, for appellant.
*Thomas J. L. Kennedy*, *Geo. A. Meagher*, and *Charles L. Smith*, for respondent.

PER CURIAM.—This case was presented on the appeal with that of *State ex rel. Dunbar v. Shields*, *ante*, page 143, 248 Pac. 403. In this case, the city of Seattle seeks to recover its proportionate share of the interest involved on the delinquent personal property tax

[1]Reported in 247 Pac. 1119.
[2]Reported in 248 Pac. 404.

collection made by the county treasurer, considered in the other case. The law applicable and the controlling facts are the same here as there, and, upon the authority of the decision in that case, the judgment appealed from in this case is affirmed.